IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MYCHAEL TYRONE SHANNON,   No. 2:17-CV-1084-JAM-CMK-P

    Plaintiff,

  vs.   ORDER

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION,

    Defendant.

                                     /

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to remand (Doc. 8).

        This matter was initially filed in the Sacramento County Superior Court and removed to this court by defendants pursuant to this court's federal question jurisdiction because plaintiff's complaint raises federal constitutional claims. Plaintiff seeks remand back to state court arguing that his complaint contains no federal questions. Plaintiff's motion is denied because, as alleged in both the complaint and motion to remand, plaintiff raises a federal equal protection claim over which this court has jurisdiction. Specifically, plaintiff claims that he was denied equal protection because female prisoners are allowed to buy clocks with alarms but male

1

prisoners are not.

        IT IS SO ORDERED.


DATED: March 30, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE