IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MYCHAEL TYRONE SHANNON,

Plaintiff,

v.

RALPH DIAZ, et al.,

Defendants.

No. 2:17-CV-1084-JAM-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On August 16, 2019, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 16, 2019, are adopted in full;

2. Plaintiff's second amended complaint is dismissed without leave to amend for failure to state a claim;

3. This action is dismissed; and

4. The Clerk of the Court is directed to enter judgment and close this file.

Dated: October 10, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge