IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAEL TYRONE SHANNON,<br><br>  Plaintiff,<br><br>  v.<br><br>RALPH DIAZ, et al.,<br><br>  Defendants. | No.  2:17-CV-1084-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 38, seeking an order directing the Clerk of the Court to send him copies of various documents from the Court's file. Plaintiff states he needs these documents in order to file a motion for relief from judgment.  A review of the docket reflects that Plaintiff has since filed his motion for relief from judgment, which was granted by the District Judge on April 2, 2021.  The pending motion is, therefore, moot and is denied as such.

IT IS SO ORDERED.

Dated: August 24, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1