IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAEL TYRONE SHANNON,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, et al.,<br><br>    Defendants. | No. 2:17-CV-1084-JAM-DMC-P<br><br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 55, for a copy of the Court's August 25, 2021, findings and recommendations and an extension of time to file objections thereto. Good cause appearing therefor, Plaintiff's motion will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    Plaintiff's motion, ECF No. 55, is granted;

        2.    The Clerk of the Court is directed to forward a copy of the Court's August 25, 2021, findings and recommendations to Plaintiff; and

        3.    Plaintiff may file objections within 30 days of the date of this order.

Dated: October 25, 2021

                                    DENNIS M. COTA
                                    UNITED STATES MAGISTRATE JUDGE