IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MYCHAEL TYRONE SHANNON,** | Case No. 2:17-cv-01084-JAM-DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **CDCR, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING, IT IS ORDERED** that Defendants' motion, ECF No. 63, to opt out of early ADR is **GRANTED**. The stay is hereby lifted and the Court will issue a discovery and scheduling order separately.

Dated:  December 28, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE