UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAEL TYRONE SHANNON, | No. 2:17-cv-01084-DAD-DMC |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S REQUEST FOR RECONSIDERATION OF MAGISTRATE JUDGE'S RULING |
| RALPH DIAZ, et al., | |
| Defendants. | (Doc. Nos. 67, 69, 72) |

Plaintiff Mychael Tyrone Shannon is a prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for reconsideration of the magistrate judge's order (Doc. No. 64) granting defendants' request to opt-out of the court's Early Alternative Dispute Resolution (ADR) program. (Doc. No. 69.) Defendants filed an opposition on February 4, 2022 (Doc. No. 70) and plaintiff filed a reply thereto on February 7, 2022 (Doc. No. 71).

Local Rule 303 provides that "[a] party seeking reconsideration of the Magistrate Judge's ruling shall file a request for reconsideration by a Judge . . . specifically designat[ing] the ruling, or party thereof, objected to and the basis for that objection.'" Local Rule 303(c). "The standard that the assigned Judge shall use in all such requests is the 'clearly erroneous or contrary to law' standard set forth in 28 U.S.C. § 636(b)(1)(A)." Local Rule 303(f).

/////

1

1	In his pending request for reconsideration, plaintiff contends that defendants' motion to
2	opt out of the ADR program "was riddled with inaccuracies" that "deceived the court" and caused
3	the magistrate judge "to make an erroneous ruling." (Doc. No. 69 at 2.) In particular, plaintiff
4	objects to the defendants' assertion that the inmate advisory committee at the institution in which
5	plaintiff is imprisoned addressed plaintiff's request for an alarm clock. (*Id.*) Plaintiff also
6	contends that he should have received an opportunity to respond to the defendants' motion to opt
7	out of the ADR program prior to the magistrate judge granting defendants' motion. (*Id.*)

8	After review of the record relevant to this matter, the undersigned does not find the
9	magistrate judge's order granting defendants' request to opt-out of the court's ADR program to
10	be erroneous or contrary to law. In particular, defendants presented evidence that their
11	representation regarding the inmate advisory committee rejecting plaintiff's request for an alarm
12	clock was obtained from plaintiff's own inmate appeal. (Doc. No. 70 at 3, 5, 11.) Furthermore,
13	plaintiff failed to address any of the other reasons defendants raised as to why use of the court's
14	ADR program would not likely be productive in this case, including a legitimate correctional
15	interest in avoiding violence among male inmates and legal issues relating to possible mootness
16	and a defense based on qualified immunity. (*See* Doc. Nos. 69, 70 at 3.) Although the magistrate
17	judge did not elaborate in his order, it would not be erroneous or contrary to law to grant a
18	defendant's request to opt-out of the court's ADR program for any of those reasons, none of
19	which plaintiff has addressed in the pending motion for reconsideration.

20	Accordingly,
21	1.	Plaintiff's motion for reconsideration (Doc. No. 69) is denied;
22	2.	The magistrate judge's order issued on December 28, 2021 (Doc. No. 64) is left in
23		place;
24	3.	Plaintiff's motions for an extension of time (Doc. Nos. 67, 72), are denied as
25		having been rendered moot; and
26	/////
27	/////
28	/////

4. No further motions for reconsideration of the magistrate judge's order issued on December 28, 2021 (Doc. No. 64) will be considered.

IT IS SO ORDERED.

Dated: **September 9, 2022**

UNITED STATES DISTRICT JUDGE

3