IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAEL TYRONE SHANNON,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, et al.,<br><br>Defendants. | No. 2:17-CV-1084-DAD-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file objections to the Court's February 21, 2024, findings and recommendations. See ECF No. 85. A review of the docket reflects that the District Judge addressed the findings and recommendations on March 11, 2024. See ECF No. 84. Plaintiff's motion is, therefore, moot.

Accordingly, IT IS HEREREBY ORDERED that Plaintiff's motion for an extension of time, ECF No. 85, is DENIED as moot.

Dated: June 5, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1