UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAEL TYRONE SHANNON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:17-cv-01084-DAD-DMC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. Nos. 86, 89) |

Plaintiff Mychael Tyrone Shannon is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 13, 2024, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion to dismiss plaintiff's third amended complaint ("TAC") (Doc. No. 86) be denied. (Doc. No. 89.) Specifically, the magistrate judge found that defendants had not shown that it was reasonably clear that their challenged practice of "permitting female inmates to purchase and own alarm clocks while denying male inmates that opportunity" would not be employed once again under the applicable regulations. (*Id.* at 5.) From this, the magistrate judge concluded that defendants had not voluntarily ceased the challenged practice and that plaintiff's TAC was not rendered moot by defendants' actions. (*Id.*

1

at 6.) The magistrate judge further found that it was not clear on the face of the complaint that plaintiff had not exhausted his administrative remedies and that, therefore, plaintiff's TAC should not be dismissed for failure to exhaust administrative remedies. (*Id.* at 7); *see Albino v. Baca*, 747 F.3d 1162, 1169–71 (9th Cir. 2014) (holding that failure to exhaust administrative remedies is an affirmative defense).

The findings and recommendations were served upon the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 8.) To date, no party has filed objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on November 13, 2024 (Doc. No. 89) are adopted in full;

2. Defendants' motion to dismiss plaintiff's third amended complaint (Doc. No. 86) is denied;

3. Defendants shall file an answer responding to the claims in plaintiff's third amended complaint no later than twenty-one (21) days after the date of entry of this order; and

4. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **January 13, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2