IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAEL TYRONE SHANNON,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, et al.,<br><br>Defendants. | No. 2:17-CV-1084-DAD-DMC-P<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' motion to vacate the schedule for this case. See ECF No. 94.

By way of background, the docket reflects that Defendants filed their answer to Plaintiff's operative complaint in this case on January 29, 2025. See ECF No. 91. On February 5, 2025, the Court issued a discovery and scheduling order setting October 10, 2025, as the due date for completion of discovery. See ECF No. 92. At the time these orders were issued, Plaintiff was housed at the California Medical Facility. On February 20, 2025, Plaintiff filed a notice of change of address to 7246 Rosemead Blvd., in Pico Rivera, California. See ECF No. 93. On February 24, 2025, the February 5, 2025, discovery and scheduling order was re-served on Plaintiff at his new address.

///

1

1       In their motion to vacate the schedule for this case, Defendant inform the Court that 7246 Rosemead Blvd is the address for the Colonial Gardens Nursing Home. See ECF No. 94. Defendants' counsel states that, in order to coordinate Plaintiff's deposition, she attempted to contact the Colonial Gardens Nursing Home to contact Plaintiff. See id. at 6 (Sloan declaration). Counsel was informed that Plaintiff no longer resides at that facility and that they have no forwarding contact information. See id. After an unsuccessful second attempt to contact Plaintiff, defendant counsel mailed Plaintiff a notice of deposition with a deposition date of July 17, 2025. See id. Counsel states that, as of the date of filing of Defendants' pending motion, the notice had not been returned and that Plaintiff has not made any effort to contact defense counsel. See id.

Defendants seek an order vacating the current schedule for this case because they have been unable to contact Plaintiff at his address of record and defense counsel believes it is unlikely that Plaintiff will appear for his deposition on July 17, 2025. See id. While the Court has the discretion to grant Defendants' request, the Court declines to do so here. Currently, the Court's docket reflects Plaintiff's address of record at 7426 Rosemead Blvd., in Pico Rivera, California. Mail directed to Plaintiff by the Court has not, to date, been returned. To the extent this order is returned undeliverable, a 30-day clock will begin to run during which time Plaintiff will be required to update his address or face possible dismissal sanctions under the Court's local rules. Alternatively, should Plaintiff fail to appear at his scheduled July 17, 2025, deposition, Defendants will then be able to move the Court for an order compelling Plaintiff's attendance, the failure to comply with such order providing a basis for dismissal sanctions. At present, the issues of Plaintiff's failure to update the docket to reflect a current address or Plaintiff's failure to attend a deposition in the future are not yet ripe to warrant the relief requested.

///
///
///
///
///

1  Accordingly, IT IS HEREBY ORDERED that Defendants' motion to vacate the
2  schedule for this case, ECF No. 94, is denied.

4  Dated: July 1, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE