UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TYRONE SHANNON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No.  2:17-cv-01084-DAD-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE, AND DENYING OTHER PENDING MOTIONS AS MOOT<br><br>(Doc. Nos. 96, 98, 99) |

Plaintiff Michael Tyrone Shannon is a former state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 18, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to prosecute and to comply with court rules and orders.  (Doc. No. 99 at 1–2.)  Specifically, the magistrate judge noted that the court's July 2, 2025 order denying defendants' motion to vacate the scheduling order in this action had been served on plaintiff by mail at his address of record but had been returned to the court as undeliverable and unable to forward on July 28, 2025.  (*Id.* at 1.)  The magistrate judge also noted that more than thirty days had elapsed since that mail was

1

returned to the court and that plaintiff had failed to file a notice of change of address with the court as required by Local Rule 183(b).[1]  (Id.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 2.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.[2]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.    The findings and recommendations issued on September 18, 2025 (Doc. No. 99) are adopted in full;

2.    This action is dismissed without prejudice due to plaintiff's failure to prosecute and to comply with court rules and orders;

3.    Defendants' motions to compel and to vacate the court's scheduling order (Doc. Nos. 96, 97) are denied as having been rendered moot by this order; and

4.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **February 10, 2026**                          _____
                                                          DALE A. DROZD
                                                          UNITED STATES DISTRICT JUDGE

---

[1]  The court notes that on February 20, 2025, plaintiff had filed a notice of change of address with the court (Doc. No. 93) and that this updated address was the one to which the court order was mailed and returned as undeliverable, unable to forward.

[2]  The court also notes that the pending findings and recommendation were also served on plaintiff by mail on September 18, 2025, addressed to his same updated address of record, and were not returned to the court as undeliverable.

2